1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DAWIT BELAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00357 -DSF (JCx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF COMPLAINT AND ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. 41(a)(1)]<br><br>*[Proposed Order filed concurrently herewith]* |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety <u>with</u> prejudice, with all parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: October 31, 2018

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE